GEORGE SEEBER et al., as Executors of CHARLES SEEBER, Deceased, Respondents, *v.* THE PEOPLE'S BUILDING, LOAN AND SAVING ASSOCIATION, Appellant.

*Seeber* v. *People's Building, L. & S. Assn.*, 54 App. Div. 626, affirmed.
(Argued January 24, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1900, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Chester M. Elliott* for appellant.

*William H. Hamilton* and *William L. Kiefer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Taking no part: CULLEN, J.